| Case No. | CV 19-6318 FMO (SKx) | Date | January 2, 2020 |
|---|---|---|---|
| Title | Yong Koo v. Ana Portillo, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Cheryl Wynn | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Lack of Prosecution

By order dated December 4, 2019, plaintiff was ordered to file and serve a motion for default judgment no later than December 18, 2019. (See Dkt. 19, Court's Order of December 4, 2019). Plaintiff was admonished that "failure to file the motion for default judgment by the deadline set forth above . . . may result in . . . the action against defendant being dismissed for failure to prosecute and/or comply with a court order." (See id.).

As of the date of this Order, plaintiff has not filed a motion for default judgment. (See, generally, Dkt.). The court will provide plaintiff one final opportunity to file a motion for default judgment. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file an application for entry of default judgment no later than **January 9, 2020**.

2. Plaintiff is cautioned that failure to file a motion for default judgment by the deadline set forth above will result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | Initials of Preparer | cw |
|---|---|---|