JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YONG KOO, | ) | Case No. CV 19-6318 FMO (SKx) |
|     Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANA PORTILLO, et al., | ) | |
|     Defendants. | ) | |

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 21st day of January, 2020.

                                                      /s/
                                     Fernando M. Olguin
                                 United States District Judge